

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00371-CV

**IN THE MATTER OF GUARDIANSHIP OF DONNA JEANNE HAMMOND AND INCAPACITATED PERSON**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,688
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee's agreed motion for substitution of counsel is granted. We order the clerk of the court to substitute Oscar A. Vela, Jr., as appellee Vicki Anderson's lead counsel.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

Luz Estrada
Chief Deputy Clerk